Form B5 (Official Form 5) - (Rev. 12/03)                                                          2003 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Involuntary Petition** |
|---|---|
| IN RE (Name of Debtor - if individual: Last, First, Middle)<br><br>William Mackay Caldwell, IV | ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names.)<br>William Mackay Caldwell<br>William M. Caldwell, IV<br>William Caldwell, IV<br>Bill Caldwell<br>William M. Caldwell<br>William Caldwell |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) 15516 West Sunset Blvd., #205<br>Pacific Palisades, CA. 90272 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| County of Residence or Principal Place of Business   Los Angeles, CA. | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7          ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe
☒ Debts are primarily consumer debts
☐ Debts are primarily business debts

TYPE OF DEBTOR
☒ Individual          ☐ Stockbroker
☐ Partnership         ☐ Commodity Broker
☐ Corporation         ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District. | ☒ Full filing fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | |

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all the property of the debtor for the purpose of enforcing a lien against such property, w: appointed or took possession.

12/16/2003   **FILED**   12:29
**LA03-41522VZ**
DEBTOR:
   CALDWELL IV, WILLIAM MACKAY
JUDGE: HON. V. Zurzolo - 467
TRUSTEE:    CH: 07 (INCOMPLETE)
341A MTG:
ADR:

-----

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.  ID: 744
RECEIPT NO: LA-046773   $ 209.00

If a child support creditor or its representative is a petitioner, and if the petitioner files the fc Act of 1994, no fee is required.

| Involuntary Petition | Name of Debtor: William Mackay Caldwell |
|---|---|

### TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X [signature]
Signature of Petitioner or Representative (State Title)
Third Generation Holding Corporation
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Patrick N. DiCarlo
2121 E. Coast Hwy #220
Corona Del Mar, CA. 92625

Paul A. Beck

X [signature] Paul A. Beck    Dec. 15, 2003
Signature of Attorney    Date
Ben-Zvi & Beck, LLP
Name of Attorney Firm (If any)
611 W. Sixth Street, Suite 2620
Los Angeles, CA. 90017
Address
(213) 488-0240
Telephone No.

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Third Generation Holding Corporation 2533 N. Carson St., Carson City, NV 89706 | Judgment(s) | $12,346.85 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___11___ Continuation Sheets attached

**Re: In re. William Mackay Caldwell, IV, Alleged Debtor,**
**Involuntary Chapter 7 Case No. LA 03-_____ - __**

**Petitioning Creditor's Bankruptcy Rule 1003(a) Statement**

1. This statement is made in compliance with Bankruptcy Rule 1003(a).

2. Third Generation Holding Corporation ("Third Generation") is the holder, by assignment from Thomas H. Downey, Judgment Creditor, of (a) a judgment against William Mackay Caldwell, IV, the "Alleged Debtor" herein, and (b) certain specified debts owed by the Alleged Debtor to the Judgment Creditor. The documents evidencing the assignments from the Judgment Creditor to Third Generation are described below and are annexed to this statement. The judgment and specified debts assigned to Third Generation by the Judgment Creditor were acquired for purposes of collection on the underlying obligations.

3. The total of the claims held by Third Generation against the Alleged Debtor aggregate to the sum of $12,346.85, as of December 15, 2003. Each of such claims is unsecured, not contingent as to liability, and otherwise undisputed.

4. Pursuant to Bankruptcy Rule 1003(a), Third Generation, as the transferee of the Judgment Creditor's claims against the Alleged Debtor, hereby attaches copies of the following documents evidencing the transfer of the Judgment Creditor's claims to Third Generation:

(A) Assignment of Judgment Pursuant to CCP § 673;

(B) Assignment of Debts;

©) Minute Order and Clerk's Notice of Ruling and/or Appealable Order.

True and accurate copies of the foregoing documents are attached hereto as Exhibits "A," "B" and "C," respectively, and are incorporated herein by reference as though set forth in full.

5. The transfers to Third Generation were made without conditions or contingencies of any kind or nature. The claims held by the Judgment Creditor were not transferred for the purpose of commencing the instant Chapter 7 bankruptcy case against the Alleged Debtor.

6. The consideration for the transfer to Third Generation of Judgment Creditor's claims against the Alleged Debtor was the payment, in full, of the sum of $8,500. The Judgment Creditor has received this payment as of December 1, 2003.

7. Third Generation is "qualified" to be a petitioning creditor under 11 U.S.C. § (303.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this _16_ day of December 2003, at _Corona Del Mar_, California.

Third Generation Holding Corporation

By _[signature]_
Patrick Di Carlo, Jr.
Its President and Treasurer

EXHIBIT A

THOMAS H. DOWNEY, ESQ.; State Bar No. 55594
Pasadena Corporate Center, Box 13
225 South Lake Avenue, Suite 410
Pasadena, California 91101-4883
(626) 577-9970 * FAX (626) 796-6839

Attorneys for Plaintiff THOMAS H. DOWNEY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THOMAS H. DOWNEY,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>WILLIAM M. CALDWELL IV,<br><br>　　　　　　Defendant | Case No.: PAS 02C01695<br><br>ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673 |

For Value Received, the undersigned, THOMAS H. DOWNEY, an individual, whose address is Pasadena Corp. Center Box 13; 225 S. Lake Avenue Suite 410; Pasadena, California 91101-4883, and the plaintiff herein, assigns to Third Generation Holding Corporation, a Nevada Corporation, 2121 East Pacific Coast Highway, Suite 220, Corona del Mar, California 92625, the money judgment rendered and entered in the above-entitled case on April 18, 2003 in favor of the undersigned against WILLIAM M. CALDWELL IV, an individual, whose last known address is 538 South Flower St., Suite 1500; Los Angeles, California 90071. The undersigned intends to assign and transfer all of the right, title and interest of the undersigned in any sums of money due by reason of that judgment, including but not limited to all taxable costs and lien rights arising in connection with the Notices of Lien (Attachment - Enforcement of Judgment) filed by the undersigned on September 24, 2002 in the matters before the Los Angeles County

C:\Program Files\Corel\WordPerfect Office 2002\WP6.1\CALDWELW.TST\Assignment_WMCIV_Judgment4.wpd
December 1, 2003 (1:27pm)

1

**ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673**

Superior Court bearing numbers BP 065,645, BP 065,024 and BP 066,494.

Date: December 1, 2003

_____
THOMAS H. DOWNEY,
Plaintiff and Judgment Creditor



C:\Program Files\Corel\WordPerfect Office 2002\WP6.1\CALDWELW.TST\Assignment_WMCIV_Judgment4.wpd
December 1, 2003 (1:27pm)

2

**ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673**

<s>/</s>

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

On December 1, 2003, before me, MAUREEN A. HIGGINS, a Notary Public, personally appeared THOMAS H. DOWNEY, personally known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person(~~s~~) whose name(~~s~~) (is/~~are~~) subscribed to the within instrument and acknowledged to me that (he/~~she/they~~) executed the same in (his/~~her/their~~) authorized capacity(~~ies~~), and that by (his/~~her/their~~) signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

[Notary Seal: MAUREEN A. HIGGINS, Commission # 1343890, Notary Public - California, Los Angeles County, My Comm. Expires Mar 18, 2006]

**CAPACITY SIGNED BY SIGNER**
__X__ Individual
____ Corporate _____ Officer(s)
_____
Title
____ Partner(s)
____ Attorney-in-Fact
____ Trustee(s)
____ Subscribing Witness
____ Guardian/Conservator
__X__ Other: Judgment Creditor

**SIGNER IS REPRESENTING**
_____
_____

Attention Notary: Although the information requested below is Optional, it could prevent fraudulent attachment of this certificate to an unauthorized document.

| THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT | Document Title/Type____ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673<br>No. of Pages _____ Date of Document _____<br>Signer(s) Other Than Named Above_____ |
|---|---|
| | |

C:\Program Files\Corel\WordPerfect Office 2002\WP6.1\CALDWELW.TST\Assignment_WMCIV_Judgment4.wpd
December 1, 2003 (1:27pm)

3

**ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673**

EXHIBIT B

THOMAS H. DOWNEY, ESQ.; State Bar No. 55594
Pasadena Corporate Center, Box 13
225 South Lake Avenue, Suite 410
Pasadena, California 91101-4883
(626) 577-9970 * FAX (626) 796-6839

Attorneys for Plaintiff THOMAS H. DOWNEY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THOMAS H. DOWNEY, | Case No.: PAS 02C01695 |
| Plaintiff | ASSIGNMENT OF DEBTS |
| vs. | |
| WILLIAM M. CALDWELL IV, | |
| Defendant | |

For Value Received, the undersigned, THOMAS H. DOWNEY, an individual, whose address is Pasadena Corp. Center Box 13; 225 S. Lake Avenue Suite 410; Pasadena, California 91101-4883, assigns to Third Generation Holding Corporation, a Nevada Corporation, 2121 East Pacific Coast Highway, Suite 220, Corona del Mar, California 92625, all debts of WILLIAM M. CALDWELL IV, an individual, whose last known address is 538 South Flower St., Suite 1500; Los Angeles, California 90071, to the undersigned. The undersigned intends to assign and transfer all of the right, title and interest of the undersigned in any sums of money due, including but not limited to the $1,895.83 balance of his original debt plus $2,760.03 accrued after February 16, 2001.

Date: December 1, 2003

_____
THOMAS H. DOWNEY

C:\Program Files\Corel\WordPerfect Office 2002\WP6.1\CALDWELW.TST\Assignment_WMCIV_Debt2.wpd
December 1, 2003 (1:14pm)

1

**ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673**

1  STATE OF CALIFORNIA

2  COUNTY OF LOS ANGELES

3  On December 1, 2003, before me, MAUREEN A. HIGGINS, a Notary Public, personally appeared THOMAS H. DOWNEY, personally known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person~~(s)~~ whose name~~(s)~~ is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity~~(ies)~~, and that by his/~~her/their~~ signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted executed the instrument.

WITNESS my hand and official seal.

**CAPACITY SIGNED BY SIGNER**

__X__ Individual
____ Corporate _____ Officer(s)
_____
Title
____ Partner(s)
____ Attorney-in-Fact
____ Trustee(s)
____ Subscribing Witness
____ Guardian/Conservator
____ Other: Judgment Creditor

**SIGNER IS REPRESENTING**

_____
_____
_____

_____
Signature of Notary

[Notary Seal: MAUREEN A. HIGGINS, Commission # 1343890, Notary Public - California, Los Angeles County, My Comm. Expires Mar 18, 2006]

Attention Notary: Although the information requested below is Optional, it could prevent fraudulent attachment of this certificate to an unauthorized document.

| THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT | Document Title/Type_____ASSIGNMENT OF DEBTS<br>No. of Pages _____ Date of Document _____<br>Signer(s) Other Than Named Above_____ |
|---|---|

PROOF OF SERVICE(*California Code of Civil Procedure § 1013A(3)*)

C:\Program Files\Corel\WordPerfect Office 2002\WP6.1\CALDWELW.TST\Assignment_WMCIV_Debt2.wpd
December 1, 2003 (1:14pm)

2

**ASSIGNMENT OF JUDGMENT PURSUANT TO CCP § 673**

EXHIBIT C

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
NORTHEAST DISTRICT, PASADENA COURTHOUSE (-19130- )
300 EAST WALNUT STREET, PASADENA, CA 91101
TELEPHONE: (626) 356-5415

DOWNEY, THOMAS H.           vs.
CALDWELL IV, WILLIAM M.
                                                              Case Number: PAS 02C0169
        MINUTE ORDER AND CLERK'S NOTICE OF RULING AND/OR APPEALABLE ORDER

   Court convened at 08:30 AM, on 09/12/2002; in Department NEF .
   Present: Honorable EDWARD SIMPSON, Judge/Comm. Presiding.
            KAREN TAPPER , Deputy Clerk;
   and the following proceedings were had: notice given per section CCP 664.5:

   Plaintiff(s) DOWNEY, THOMAS H.                              appearing by
   IN PRO PER
   Defendant(s) CALDWELL IV, WILLIAM M.                        appearing by
   IN PRO PER

   NATURE OF PROCEEDINGS: STATUS CONFERENCE
   (TRANSFERRED FROM NE-S FOR VOLUNTARY SETTLEMENT CONFERENCE)


   DISPOSITION: SETTLEMENT CONFERENCE HELD.  CASE SETTLED, INCLUDING TERMS
   AS BELOW:
   ..
   DEFENDANT WILLIAM M. CALDWELL IV TO PAY PLAINTIFF THOMAS H. DOWNEY
   THE SUM OF $7000.00 ON/BEFORE 12-31-02.  EACH PARTY TO BEAR HIS OWN
   COSTS AND FEES.
   ..
   THE SETTLEMENT PAYMENT IS TO BE SECURED BY A LIEN ON DEFENDANT'S INTEREST
   IN THE MARY E. CALDWELL TRUST AND THE WILLIAM M. CALDWELL III TRUST,
   PROBATE CASES BP065024, BP065645 AND BP066494.
   ..
   O.S.C. RE POST-SETTLEMENT DISMISSAL IS SET AT 8:30 A.M. ON 3-13-03 IN NE-S.
   ..
   PARTIES NOTIFIED BY COPY OF MINUTE ORDER MAILED THIS DATE AS BELOW.

   The foregoing minutes are correct.      KAREN TAPPER
                                            Deputy Clerk

---

### CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the Clerk of this Court, not a party to this cause; that I
served a copy of this NOTICE on the below date, by placing a copy thereof in separate
sealed envelope(s) addressed to:

---

ALAN T. YOSHITAKE                         THOMAS H. DOWNEY
SONNENSCHEIN NATH & ROSENTHAL             PASADENA CORPORATE CENTER, BOX 29
601 SOUTH FIGUEROA STREET, SUITE 1500     225 SOUTH LAKE AVENUE, SUITE 410
LOS ANGELES, CA 90017-5704                PASADENA, CA 91101-3005
(213) 623-9300                            (626) 568-2500


at the address shown by the records of this Court, and by then sealing said envelope(s)
and depositing same with postage prepaid thereon, in the United States mail at
PASADENA, CALIFORNIA.
                                  JOHN A. CLARKE, Executive Officer/Clerk

Dated: 09/12/2002                 By KAREN TAPPER , Deputy Clerk